**Federal Rules of Appellate Procedure Form 1.**
**Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.**

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jul 27 - 2026
John M. Domurad, Clerk

United States District Court for the
Northern District of New York
--------------------------------------------------------

Jeremy Skeen

Plaintiff(s),

v.

The City of Troy et al.

Defendant(s).
--------------------------------------------------------

Notice of Appeal

Case number: 1:23-cV-00220-LEK-PJE

Notice is hereby given that Jeremy Skeen,

the Defendant(s) in the above-named case*, hereby appeal(s) to the United States

Court of Appeals for the Second Circuit from an Order entered in this

action on the 29 day of June, 20 6.

/s/

Name: Jeremy Skeen Pro Se
Attorney for
Address: 3214 Fenton avenue
BX, Ny, 10469

[***Note to inmate filers***: *If you are an inmate confined in an institution and you seek the timing benefit of Fed.R.App.P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants.

APPEAL,CLOSED

# U.S. District Court
# Northern District of New York − Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:23−cv−00220−LEK−PJE
***Internal Use Only***

Skeen v. The City of Troy et al
Assigned to: Senior Judge Lawrence E. Kahn
Referred to: Magistrate Judge Paul J. Evangelista
Cause: 42:1983 Civil Rights Act

Date Filed: 02/19/2023
Date Terminated: 06/29/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jeremy Skeen**

represented by

**Joseph A. Bondy**
Law Offices of Joseph A. Bondy
43 West 43rd Street − Suite 379
New York, NY 10036
212−219−3572
Email: josephbondy@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Wylie Stecklow**
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street − 8th Floor
New York City, NY 10019
212−566−8000
Fax: 212−202−4952
Email: ecf@wylielaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

V.

**Defendant**

**The City of Troy**

represented by

**Rhiannon Ineva Gifford**
Pattison Sampson Ginsberg & Griffin PLLC
P.O. Box 208
22 First Street
Troy, NY 12180
518−266−1001
Fax: 518−274−6034
Email: gifford@psgglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Troy Police Department**
***TERMINATED: 02/13/2024***

represented by

**Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

*Fee Status: paid_2025*

**Defendant**

**Troy Housing Authority**
*TERMINATED: 02/14/2024*

represented by **Stephen J. Rehfuss**
The Rehfuss Law Firm, P.C.
40 British American Blvd.
Latham, NY 12110
518−713−2144
Email: srehfuss@rehfusslaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Detective Sergeant Thomas J. Feeley**

represented by **Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Detective Joshua M. Comitale**

represented by **Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Troy Housing PTLM Michael Gordon**
*TERMINATED: 02/14/2024*

represented by **Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Stephen J. Rehfuss**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Troy Police PTLM Jeremy Snyder**
*TERMINATED: 02/11/2026*

represented by **Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Troy Police Officers John Does Numbers One through Ten**

**Defendant**

**TroyHousing Officers John Does Eleven through Twenty**
*TERMINATED: 02/13/2024*

**Defendant**

| | | |
|---|---|---|
| **Troy Police Patrolman Philip Milano**<br>*TERMINATED: 02/11/2026* | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Defendant**

| | | |
|---|---|---|
| **Troy Police Patrolman Justin Byrnes**<br>*TERMINATED: 02/11/2026* | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Defendant**

| | | |
|---|---|---|
| **Troy Police PTLM McKenna**<br>*TERMINATED: 02/11/2026* | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Defendant**

| | | |
|---|---|---|
| **Troy Police Sergeant Peter Montanino** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Defendant**

| | | |
|---|---|---|
| **Troy Police Officer Michael Gordon** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025*<br><br>**Stephen J. Rehfuss**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Claimant**

| | | |
|---|---|---|
| **Troy Housing Authority**<br>*TERMINATED: 02/27/2024* | represented by | **Stephen J. Rehfuss**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **Detective Joshua M. Comitale**<br>*TERMINATED: 02/27/2024* | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Defendant**

| | | |
|---|---|---|
| **Detective Sergeant Thomas J. Feeley**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Defendant**

| | | |
|---|---|---|
| **Troy Police PTLM Jeremy Snyder**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Defendant**

| | | |
|---|---|---|
| **The City of Troy**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Defendant**

| | | |
|---|---|---|
| **Troy Police Department**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Claimant**

| | | |
|---|---|---|
| **Troy Housing PTLM Michael Gordon**<br>***TERMINATED: 02/27/2024*** | represented by | **Stephen J. Rehfuss**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **Detective Joshua M. Comitale**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Defendant**

| | | |
|---|---|---|
| **Detective Sergeant Thomas J. Feeley**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Cross Defendant**

| | | |
|---|---|---|
| **Troy Police PTLM Jeremy Snyder**<br>***TERMINATED: 02/27/2024*** | represented by | **Rhiannon Ineva Gifford**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Cross Defendant**

**The City of Troy**
***TERMINATED: 02/27/2024***

represented by **Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Cross Defendant**

**Troy Police Department**
***TERMINATED: 02/27/2024***

represented by **Rhiannon Ineva Gifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2023 | 1 | COMPLAINT against The City of Troy, Troy Police Department, Troy Housing Authority, Thomas J. Feeley, Joshua M. Comitale, Michael Gordon, Jeremy Snyder, John Does Numbers One through Ten, and John Does Eleven through Twenty. (Filing fee $402 receipt number ANYNDC−6204947) filed by Jeremy Skeen. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Blank Summons)(ztc) (Entered: 02/21/2023) |
| 02/21/2023 | 2 | G.O. 25 FILING ORDER ISSUED: Initial Rule 16 Conference set for 5/23/2023 09:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 5/16/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (ztc) (Entered: 02/21/2023) |
| 02/21/2023 | | TEXT NOTICE OF FILING DEFICIENCY as to Jeremy Skeen regarding the 1 Complaint, **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Proposed Summonses were not included with the Complaint. Counsel is directed to file proposed summonses on the docket using the REQUEST FOR ISSUANCE OF SUMMONS(ES) event within 3 days of this notice.<br><br>Notice of Filing Deficiency Deadline 2/24/2023 (ztc) (Entered: 02/21/2023) |
| 02/21/2023 | | TEXT NOTICE: Although the plaintiff herein has named John Doe defendants in the Complaint, the Clerk's Office will not issue summonses for service of process on John Doe defendants at this time. In the event plaintiff wishes to pursue the claims against these defendants, plaintiff shall take reasonable steps to ascertain their identity. When plaintiff determines the identity of the John Doe defendants, plaintiff may seek to amend the pleading to add the properly named defendants pursuant to FED. R. CIV. P. 15 and summonses will be issued at that time. (ztc) (Entered: 02/21/2023) |
| 02/23/2023 | 3 | REQUEST FOR ISSUANCE OF SUMMONS(ES): Jeremy Skeen is requesting summons(es) be issued as to Jeremy Skeen (Bondy, Joseph) (Entered: 02/23/2023) |
| 02/24/2023 | 4 | Summons Issued as to The City of Troy. With attached Summons Rider for Troy Police Department, Thomas J. Feeley, Joshua M. Comitale, Jeremy Snyder, Troy Housing Authority and Michael Gordon. (jmb) (Entered: 02/24/2023) |
| 02/27/2023 | 5 | NOTICE OF APPEARANCE by Wylie Stecklow on behalf of Jeremy Skeen (Stecklow, Wylie) (Entered: 02/27/2023) |

| | | |
|---|---|---|
| 03/07/2023 | 6 | AFFIDAVIT of Service for Summons and Complaint served on City of Troy to Carolyn Reichelt on 2023/02/28, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/07/2023 | 7 | AFFIDAVIT of Service for Summons and Complaint served on Troy Housing Authority by GC Charles Sarris on 2023/03/02, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/07/2023 | 8 | AFFIDAVIT of Service for Summons and Complaint served on Troy Police Department by Katie Carley, assistant to Chief of Police of Troy PD on 2023/03/02, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/07/2023 | 9 | AFFIDAVIT of Service for Summons and Complaint served on Katie Carley, assistant to Troy PD Chief of Police on 2023/03/02, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/07/2023 | 10 | AFFIDAVIT of Service for Summons and Complaint served on Detective Joshua Comitale by Katie Carley, assistant to Troy Chief of Police on 2023/03/02, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/07/2023 | 11 | AFFIDAVIT of Service for Summons and Complaint served on Troy PD Patrolman Jeremy Snyder by Katie Carley, Assistant to Troy PD Chief of Police on 2023/03/02, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/07/2023 | 12 | AFFIDAVIT of Service for Summons and Complaint served on Michael Gordon by Katie Carley, Assistant to Troy PD Chief of Police on 2023/03/02, filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 03/07/2023) |
| 03/08/2023 | | ***Answer deadline set for The City of Troy, Troy Housing Authority, Troy Police Department, Joshua M. Comitale, Michael Gordon, Jeremy Snyder to 3/21/2023. (jmb) (Entered: 03/08/2023) |
| 03/08/2023 | | ***Answer deadline set for Thomas J. Feeley to 3/21/2023. (jmb) (Entered: 03/08/2023) |
| 03/10/2023 | 13 | CERTIFICATE OF SERVICE by Jeremy Skeen re 2 G.O. 25 Filing Order, *letter showing service on all parties of Docket 2, Order #25* (Stecklow, Wylie) (Entered: 03/10/2023) |
| 03/15/2023 | 14 | NOTICE OF APPEARANCE by Rhiannon Ineva Gifford on behalf of Joshua M. Comitale, Thomas J. Feeley, John Does Numbers One through Ten, The City of Troy, Troy Police Department (Gifford, Rhiannon) (Entered: 03/15/2023) |
| 03/17/2023 | 15 | NOTICE OF APPEARANCE by Stephen J. Rehfuss on behalf of Michael Gordon, Troy Housing Authority (Rehfuss, Stephen) (Entered: 03/17/2023) |
| 03/17/2023 | 16 | ANSWER to 1 Complaint, , CROSSCLAIM against Joshua M. Comitale, Thomas J. Feeley, Jeremy Snyder, The City of Troy, Troy Police Department by Troy Housing Authority.(Rehfuss, Stephen) (Entered: 03/17/2023) |
| 03/17/2023 | 17 | ANSWER to 1 Complaint, , CROSSCLAIM against Joshua M. Comitale, Thomas J. Feeley, Jeremy Snyder, The City of Troy, Troy Police Department by Michael Gordon.(Rehfuss, Stephen) (Entered: 03/17/2023) |
| 03/18/2023 | | ***Answer due date terminated for Michael Gordon and Troy Housing Authority. (map) (Entered: 03/18/2023) |
| 03/21/2023 | 18 | First MOTION to Dismiss for Failure to State a Claim filed by The City of Troy, Troy Police Department. Motion returnable before Judge Christian F. Hummel Response to Motion due by 4/11/2023. Reply to Response to Motion due by 4/18/2023 (Attachments: # 1 Memorandum of Law) (Gifford, Rhiannon) (Entered: 03/21/2023) |
| 03/21/2023 | 19 | ANSWER to 1 Complaint, by Joshua M. Comitale.(Gifford, Rhiannon) (Entered: 03/21/2023) |
| 03/21/2023 | 20 | ANSWER to 1 Complaint, by Thomas J. Feeley.(Gifford, Rhiannon) (Entered: 03/21/2023) |
| 03/21/2023 | 21 | ANSWER to 1 Complaint, by Jeremy Snyder.(Gifford, Rhiannon) (Entered: 03/21/2023) |

| | | |
|---|---|---|
| 03/22/2023 | | ***Answer due date terminated for Joshua M. Comitale, Thomas J. Feeley, and Jeremy Snyder. (map) (Entered: 03/22/2023) |
| 04/11/2023 | 22 | MEMORANDUM OF LAW re 18 Motion to Dismiss for Failure to State a Claim, *in opposition to City of Troy motion to dismiss and agreeing to dismiss against Troy Police Department* filed by Jeremy Skeen. (Stecklow, Wylie) (Entered: 04/11/2023) |
| 04/17/2023 | 23 | ANSWER to 17 Answer to Complaint, Crossclaim, 16 Answer to Complaint, Crossclaim , ANSWER to 17 Answer to Complaint, Crossclaim, 16 Answer to Complaint, Crossclaim by Joshua M. Comitale.(Gifford, Rhiannon) (Entered: 04/17/2023) |
| 04/17/2023 | 24 | ANSWER to 17 Answer to Complaint, Crossclaim, 16 Answer to Complaint, Crossclaim , ANSWER to 17 Answer to Complaint, Crossclaim, 16 Answer to Complaint, Crossclaim by Thomas J. Feeley.(Gifford, Rhiannon) (Main Document 24 replaced on 4/18/2023) (jmb, ) (Entered: 04/17/2023) |
| 04/17/2023 | 25 | ANSWER to 17 Answer to Complaint, Crossclaim, 16 Answer to Complaint, Crossclaim , ANSWER to 17 Answer to Complaint, Crossclaim, 16 Answer to Complaint, Crossclaim by Jeremy Snyder.(Gifford, Rhiannon) (Entered: 04/17/2023) |
| 04/18/2023 | | TEXT NOTICE OF FILING DEFICIENCY regarding the # 24 Answer to Crossclaim, **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: The pdf image attached to docket entry # 24 is incorrect. Counsel shall file the correct pdf image for Thomas J. Feeley using the event CORRECTED DOCUMENT(S) found under Other Filings and reference case number 1:23−cv−220 in the event of the corrected document case. Then the clerk will replace the image, enter a clerk's correction entry and regenerate service in this action. The correction should be made within 3 days of this notice. Notice of Filing Deficiency Deadline 4/21/2023. (jmb) (Entered: 04/18/2023) |
| 04/18/2023 | | CLERK'S CORRECTION OF DOCKET ENTRY: the Clerk replaced the pdf image attached to the # 24 Answer to Crossclaim with the corrected image filed on behalf of Thomas J. Feeley. The Clerk has regenerated service to all counsel of record and the correction is now complete. (jmb) (Entered: 04/18/2023) |
| 04/18/2023 | 26 | REPLY to Response to Motion re 18 First MOTION to Dismiss for Failure to State a Claim filed by The City of Troy, Troy Police Department. Motion returnable before Judge Christian F. Hummel filed by The City of Troy. (Gifford, Rhiannon) (Entered: 04/18/2023) |
| 04/28/2023 | 27 | Letter Motion from Wylie Stecklow for Jeremy Skeen requesting respectfully that the initial conference be held virtually. submitted to Judge Christian F. Hummel . (Stecklow, Wylie) (Entered: 04/28/2023) |
| 05/02/2023 | 28 | TEXT ORDER granting 27 Letter Motion from Wylie Stecklow for Jeremy Skeen requesting respectfully that the initial conference be held virtually. : The Rule 16 Conference scheduled for 5/23/2023 at 9:00 AM before Magistrate Judge Christian F. Hummel will be held by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 357 899 137 # to connect to the conference call. Authorized by Magistrate Judge Christian F. Hummel on 5/2/2023. (tab) (Entered: 05/02/2023) |
| 05/16/2023 | 29 | CIVIL CASE MANAGEMENT PLAN by Jeremy Skeen. (Stecklow, Wylie) (Entered: 05/16/2023) |
| 05/23/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Initial Pretrial Conference held on 5/23/2023 by telephone. [9:00am−9:10am] Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for the plaintiff; Rhiannon Gifford, Esq. for City of Troy Defts; Stephen Rehfuss, Esq. for Troy Housing Defendants. Pretrial deadlines are established and a Uniform Pretrial Scheduling Order will be issued. (tab) (Entered: 05/25/2023) |
| 05/25/2023 | 30 | ORDER REFERRING CASE to Mandatory Mediation. Deadline for Mediator Selection is 6/22/2023. Deadline for completion of Mandatory Mediation is 3/1/2024. Signed by Magistrate Judge Christian F. Hummel on 5/25/2023. (tab) (Entered: 05/25/2023) |

| | | |
|---|---|---|
| 05/25/2023 | 31 | UNIFORM PRETRIAL SCHEDULING ORDER: Anticipated length of trial: 4 Days (Jury Trial). Preferred Trial Location: Albany, NY. Joinder of Parties due by 9/14/2023. Amended Pleadings due by 9/14/2023. Discovery due by 2/1/2024. Plaintiffs Expert Disclosure Deadline is 11/1/2023. Defendants Expert Disclosure Deadline is 12/15/2023. Rebuttal Expert Disclosure Deadline is 1/15/2024. Motions to be filed by 3/15/2024. Deadline for completion of Mandatory Mediation is 3/1/2024. Status Report due by 10/18/2023. Signed by Magistrate Judge Christian F. Hummel on 5/25/2023. (tab) (Entered: 05/25/2023) |
| 06/21/2023 | 32 | ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE COMPELLED TO OBTAIN SEPARATE COUNSEL: as to Troy Housing Authority and Troy Housing PTLM Michael Gordon, jointly represented by Stephen J. Rehfuss, Esq. of The Rehfuss Law Firm, Latham, NY. Signed by Magistrate Judge Christian F. Hummel on 6/21/2023. (tab) (Entered: 06/21/2023) |
| 06/21/2023 | 33 | ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE COMPELLED TO OBTAIN SEPARATE COUNSEL: as to The City of Troy, Troy Police Department, Detective Sergeant Thomas J. Freeley, Detective Joshua M. Comitale,Troy Police PTLM Jeremy Snyder, jointly represented by Rhiannon Ineva Gifford, Esq. of the Pattison Sampson Ginsberg & Griffin Law Firm, Troy, NY. Signed by Magistrate Judge Christian F. Hummel on 6/21/2023. (tab) (Entered: 06/21/2023) |
| 06/27/2023 | 34 | Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Order to Unseal Grand Jury Minutes submitted to Judge Hon. Christian F. Hummel . (Attachments: # 1 Proposed Order/Judgment to Unseal Grand Jury Minutes)(Stecklow, Wylie) (Entered: 06/27/2023) |
| 06/30/2023 | 35 | *CONSENT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Mediation with Judge Hummel submitted to Judge Christian F. Hummel . (Stecklow, Wylie) (Entered: 06/30/2023) |
| 07/07/2023 | 36 | NOTICE by Joshua M. Comitale, Thomas J. Feeley, Jeremy Snyder, The City of Troy, Troy Police Department re 33 Order, *Notice of In Camera Review Submission Regarding Joint Representation* (Gifford, Rhiannon) (Entered: 07/07/2023) |
| 07/10/2023 | 37 | NOTICE by Michael Gordon, Troy Housing Authority re 32 Order, *Notice of In Camera Review Submission Regarding Joint Representation* (Rehfuss, Stephen) (Entered: 07/10/2023) |
| 07/12/2023 | 39 | TEXT ORDER granting 35 *CONSENT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Mediation with Judge Hummel : This case will be removed from the Mandatory Mediation Program and a settlement conference will be conducted before the undersigned, at an appropriate time. Authorized by Magistrate Judge Christian F. Hummel on 7/12/2023. (tab) (Entered: 07/12/2023) |
| 07/12/2023 | | TEXT ORDER Removing Case from Mandatory Mediation Program. Authorized by Magistrate Judge Christian F. Hummel on 7/12/2023. (tab) (Entered: 07/12/2023) |
| 07/12/2023 | 40 | TEXT ORDER deferring ruling on 34 Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Order to Unseal Grand Jury Minutes pending a Court Conference : A Conference has now been set for Wednesday, 7/18/2023 @ 9:00 AM. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 272 137 355 # to connect to the conference call**. Authorized by Magistrate Judge Christian F. Hummel on 7/12/2023. (tab) (Entered: 07/12/2023) |
| 07/14/2023 | 42 | DUNTON ORDER re 33 Show Cause Order, and 32 Show Cause Order: Based upon the circumstances of which this Court is presently aware, including the information set forth in the affidavits, I find that Defendants have been provided with sufficient written notice by counsel of the potential for conflict inherent in being jointly represented by the same counsel, and that Defendants have knowingly and voluntarily chosen to waive that potential for conflict and proceed with that joint representation. The affidavits, which were submitted, pursuant to the Courts order, contain sensitive and attorney−client privileged matters, shall be and have been filed by the Court under seal. Authorized by Magistrate Judge Christian F. Hummel on 7/14/2023. (tab) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/17/2023 | 43 | AMENDED COURT NOTICE of Conference: The Telephone Conference is reset for Wednesday, 7/19/2023 @ 10:00 AM before Magistrate Judge Christian F. Hummel. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 272 137 355 # to connect to the conference call.**(tab) (Entered: 07/17/2023) |
| 07/19/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Telephone Conference held on 7/19/2023 by telephone. [10:00am−10:10am] Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for plaintiff; Rhiannon Ineva Gifford, Esq. and Stephen Rehfuss, Esq. for Defendants. The Court addresses Dkt. no. 34 regarding request to unseal Grand Jury minutes. Judge Hummel directs plaintiffs counsel to reach out to the Rensselaer County Court Judge and District Attorney and put them on notice for the request to unseal the minutes. Counsel is directed to notify this Court of any response received and if necessary, a follow up conference will be scheduled. (tab) (Entered: 07/24/2023) |
| 11/01/2023 | | COURT NOTICE re 34 Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Order to Unseal Grand Jury Minutes : Judge Hummel is in receipt of the *subject* Grand Jury Transcripts and Exhibits, provided by Order of the honorable Judge Young to Judge Hummel, for an *in camera* review. [Package received in chambers on 10/31/2023] (tab) (Entered: 11/01/2023) |
| 11/17/2023 | 44 | COURT NOTICE of Conference: A Discovery Conference (Re: Grand Jury Minutes) has been set for Monday, 11/27/2023 @ 9:30 AM before Magistrate Judge Christian F. Hummel. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 957 549 018 # to connect to the conference call**(tab) (Entered: 11/17/2023) |
| 11/24/2023 | 45 | Letter Motion from Joseph A. Bondy, Esq. for Jeremy Skeen requesting Adjournment of Status Conference submitted to Judge Christian F. Hummel . (Bondy, Joseph) (Entered: 11/24/2023) |
| 11/27/2023 | 46 | TEXT ORDER granting 45 Letter Motion from Joseph A. Bondy, Esq. for Jeremy Skeen requesting Adjournment of Status Conference : The Telephone Status Conference scheduled for 11/27/23 @ 9:30am is adjourned. A new conference date and time will be set by the Court. Chambers will contact counsel directly for availability. Authorized by Magistrate Judge Christian F. Hummel on 11/27/2023. (tab) (Entered: 11/27/2023) |
| 11/27/2023 | 47 | COURT NOTICE of Hearing: The Discovery Conference has now been reset for Tuesday, 12/5/2023 @ 9:00 AM in before Magistrate Judge Christian F. Hummel. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 505 465 153 # to connect to the conference call**(tab) (Entered: 11/27/2023) |
| 12/05/2023 | 48 | STIPULATION *for Grand Jury Minutes Protective Order* by Jeremy Skeen submitted to Judge Christian F. Hummel. (Stecklow, Wylie) (Entered: 12/05/2023) |
| 12/05/2023 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 12/5/2023 by telephone. Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for the plaintiff; Rhiannon Ivena Gifford, Esq. for Troy City Defendants; Stephen Rehfuss, Esq. for Troy Housing Defendants. The Court has reviewed the G.J. Minutes and has determined that they can be provided to parties subject to a Protective Order. Plaintiff is directed to provide the protective Order to the Court for approval and the Clerk will be directed to provide the minutes to parties directly. (Court Reporter Lisa Tennyson)[9:01am−9:10am] (tab) (Entered: 12/07/2023) |
| 12/06/2023 | 49 | STIPULATED PROTECTIVE AND ORDER. Signed by Magistrate Judge Christian F. Hummel on 12/6/2023. (tab) (Entered: 12/07/2023) |
| 01/09/2024 | 50 | COURT NOTICE of Conference: A Status Conference has been set for Friday, 1/19/2024 @ 9:00 AM before Magistrate Judge Christian F. Hummel. Counsel should be prepared to discuss discovery status and if parties are yet prepared to discuss settlement possibilities. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 499 191 913 # to connect to the conference call**(tab) (Entered: 01/09/2024) |

| | | |
|---|---|---|
| 01/19/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 1/19/2024 by telephone. [9:00am−9:15am] Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for Plaintiff; Rhiannon Ineva Gifford, Esq. for City of Troy defts; Stephen Rehfuss, Esq. for Troy Housing Authority Defts. Discovery status is advised. The Court extends deadlines to be reset in a text Order to follow. The Court directs defendants to file a letter on the docket on or before 2/2/2024 advising the Court of their position as to Plaintiff's proposed Amended Complaint and whether or not they will stipulate to it's filing. (tab) (Entered: 01/19/2024) |
| 01/19/2024 | 51 | TEXT ORDER setting case deadlines as directed during the status conference on 1/19/2024: All Discovery is extended and is now to be completed by 7/1/2024. Dispositive Motions to be filed by 8/15/2024. Mandatory mediation deadline is reset to 6/15/2024. Authorized by Magistrate Judge Christian F. Hummel on 1/19/2024. (tab) (Entered: 01/19/2024) |
| 01/19/2024 | | Set Deadlines/Hearings: Deadline for completion of Mandatory Mediation is 6/15/2024. (tab) (Entered: 01/19/2024) |
| 02/01/2024 | 52 | *JOINT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Extension of time for Defense to file letters re FAC submitted to Judge Hon MJ Hummel . (Stecklow, Wylie) (Entered: 02/01/2024) |
| 02/02/2024 | 53 | TEXT ORDER granting 52 *JOINT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Extension of time for Defense to file letters re FAC : Deadline reset to 2/9/2024. Authorized by Magistrate Judge Christian F. Hummel on 2/2/2024. (tab) (Entered: 02/02/2024) |
| 02/09/2024 | 54 | LETTER BRIEF by Joshua M. Comitale, Thomas J. Feeley, Jeremy Snyder, The City of Troy, Troy Police Department. (Gifford, Rhiannon) (Entered: 02/09/2024) |
| 02/09/2024 | 55 | STIPULATION of Dismissal *on behalf of THA and Michael Gordon solely in his capacity as a THA employee* by Jeremy Skeen submitted to Judge Hon. Christian F. Hummel. (Stecklow, Wylie) (Entered: 02/09/2024) |
| 02/13/2024 | 56 | TEXT ORDER re 54 LETTER BRIEF filed by Troy Police Department, Joshua M. Comitale, The City of Troy, Thomas J. Feeley, Jeremy Snyder. **Plaintiff is permitted to Amend the Complaint. Plaintiff is directed to file the consented to Amended Complaint on or before 2/27/2024.** So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 2/13/2024. (tab) (Entered: 02/13/2024) |
| 02/13/2024 | 57 | AMENDED COMPLAINT *(FIRST)* against Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, John Does Numbers One through Ten, Jeremy Snyder, The City of Troy, Troy Police Patrolman Philip Milano, Troy Police Patrolman Justin Byrnes, Troy Police Patrolman McKenna, Troy Police Patrolman Peter Montanino filed by Jeremy Skeen. (Attachments: # 1 Exhibit(s) Consent of Defendants for filing of Amended Complaint, # 2 Exhibit(s) Order of Court authorizing Amended Complaint)(Stecklow, Wylie) (Entered: 02/13/2024) |
| 02/14/2024 | 58 | TEXT ORDER: The Court has received the stipulation of discontinuance filed by Plaintiff, Defendant Troy Housing Authority, and Defendant Troy Housing PTLM Michael Gordon ("Michael Gordon"). The Court construes this as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). This motion is GRANTED. The Clerk is directed to terminate Troy Housing Authority and Michael Gordon as Defendants in this action. The parties are advised that this stipulation of discontinuance does not terminate the cross−claims filed by Troy Housing Authority and Michael Gordon. In order to discontinue those claims, these Defendants must either file a motion for voluntary dismissal of these cross−claims pursuant to Rule 41(a)(2), or else must obtain a stipulation of dismissal signed by all parties who have appeared. SO ORDERED by Senior Judge Lawrence E. Kahn on 2/14/2024. (dpk) (Entered: 02/14/2024) |
| 02/15/2024 | | ***Answer to Amended Complaint due date set for The City of Troy, Thomas J. Feeley, Joshua M. Comitale, Michael Gordon, Peter Montanino, Jeremy Snyder, McKenna, Troy Police Patrolman Justin Byrnes, Troy Police Patrolman Philip Milano, John Does Numbers One through Ten: answer due 2/27/2024.(kck) (Entered: 02/15/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 59 | TEXT ORDER: On March 21, 2023, Defendants City of Troy and Troy Police Department filed a motion to dismiss. Dkt. No. 18 ("Motion"). On February 13, 2024, Plaintiff filed an amended complaint with the consent of Defendants and of the Court. Dkt. No. 58 ("Amended Complaint"). "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." Pettaway v. Nat'l Recovery Sols., LLC, 955 F.3d 299, 303−04 (2d Cir. 2020). Accordingly, Defendant City of Troy is ordered to file a letter within seven (7) days informing the Court as to whether they would prefer the Motion deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3) or evaluated in light of the facts alleged in the Amended Complaint. Since Plaintiff withdrew his claims against Troy Police Department, the Motion is DENIED as moot as to that defendant. (Notice of Compliance Deadline 2/23/2024) SO ORDERED by Senior Judge Lawrence E. Kahn on 2/16/2024. (dpk) (Entered: 02/16/2024) |
| 02/23/2024 | 60 | LETTER BRIEF *Re: Pending Motion to Dismiss* by The City of Troy. (Gifford, Rhiannon) (Entered: 02/23/2024) |
| 02/23/2024 | 61 | STIPULATION of Dismissal *of Cross−Claims by THA and Michael Gordon* by Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, Jeremy Snyder, The City of Troy, Troy Housing Authority, Troy Police Department submitted to Judge Hon. Christian F. Hummel. (Gifford, Rhiannon) (Entered: 02/23/2024) |
| 02/23/2024 | 62 | Letter Motion from City of Troy Defendants for Troy Police Patrolman Justin Byrnes, Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino, Jeremy Snyder, The City of Troy requesting Extension of Time to File Answers submitted to Judge Hon. Christian F. Hummel . (Gifford, Rhiannon) (Entered: 02/23/2024) |
| 02/23/2024 | 63 | TEXT ORDER: The Court has received Defendants' letter requesting their prior motion to dismiss, Dkt. No. 18 ("Motion to Dismiss"), be deemed moot in light of Plaintiff's amended complaint. Dkt. No. 60 . Defendant's letter is GRANTED. Accordingly, Defendants' Motion to Dismiss is DENIED as moot without prejudice and with leave to refile. Any answer or motion in response to Plaintiff's amended complaint must be filed by March 5, 2024. SO ORDERED by Senior Judge Lawrence E. Kahn on 2/23/2024. (dpk) (Entered: 02/23/2024) |
| 02/27/2024 | 64 | TEXT ORDER: The Court has received the stipulation of dismissal of cross−claims filed by the Troy Housing Authority and Michael Gordon. Dkt. No. 61 . In light of this stipulation of voluntary dismissal, the Clerk is directed to terminate these cross−claims. SO ORDERED by Senior Judge Lawrence E. Kahn on 2/27/2024. (dpk) (Entered: 02/27/2024) |
| 02/27/2024 | 65 | TEXT ORDER: The Court has received Defendants' letter motion requesting the deadline to file an answer to Plaintiff's amended complaint be extended to March 1, 2024. Dkt. No. 62 ("Motion"). The Motion is DENIED as moot in light of the Court's recent text order extending that deadline to March 5, 2024. See Dkt. No. 63. SO ORDERED by Senior Judge Lawrence E. Kahn on 2/7/2024. (dpk) (Entered: 02/27/2024) |
| 03/05/2024 | 66 | NOTICE OF APPEARANCE by Rhiannon Ineva Gifford on behalf of Troy Police Patrolman Justin Byrnes, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino (Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 67 | ANSWER to 57 Amended Complaint, by The City of Troy.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 68 | ANSWER to 57 Amended Complaint, by Thomas J. Feeley.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 69 | ANSWER to 57 Amended Complaint, by Joshua M. Comitale.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 70 | ANSWER to 57 Amended Complaint, by Michael Gordon.(Gifford, Rhiannon) (Entered: 03/05/2024) |

| | | |
|---|---|---|
| 03/05/2024 | 71 | ANSWER to 57 Amended Complaint, by Peter Montanino.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 72 | ANSWER to 57 Amended Complaint, by Jeremy Snyder.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 73 | ANSWER to 57 Amended Complaint, by McKenna.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 74 | ANSWER to 57 Amended Complaint, by Troy Police Patrolman Justin Byrnes.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 03/05/2024 | 75 | ANSWER to 57 Amended Complaint, by Troy Police Patrolman Philip Milano.(Gifford, Rhiannon) (Entered: 03/05/2024) |
| 06/05/2024 | 76 | *Joint* Letter Motion from Rhiannon I. Gifford for The City of Troy requesting Court Conference submitted to Judge Christian F. Hummel . (Gifford, Rhiannon) (Entered: 06/05/2024) |
| 06/10/2024 | 77 | TEXT ORDER granting 76 *Joint* Letter Motion from Rhiannon I. Gifford for The City of Troy requesting Court Conference : A Status Conference regarding deadlines is set for Monday, 6/17/2024 @ 11:00 AM. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 341 672 321 # to connect to the conference call**. Authorized by Magistrate Judge Christian F. Hummel on 6/10/2024. (tab) (Entered: 06/10/2024) |
| 06/17/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 6/17/2024 by telephone. [11:00am−11:10am] Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for plaintiff; Rhiannon Gifford, Esq. for Defendant. The Court addresses the parties' request for an extension of deadlines and new deadlines are set. A text order will be issued to set the new deadlines, accordingly. (tab) (Entered: 06/27/2024) |
| 07/01/2024 | 78 | TEXT ORDER re 76 *Joint* Letter Motion from Rhiannon I. Gifford for The City of Troy requesting extension of dedlines : Discovery extended and now due by 11/15/2024, Motions to be filed by 1/15/2025, Deadline for completion of Mandatory Mediation is 11/1/2024. Authorized by Magistrate Judge Christian F. Hummel on 7/1/2024. (tab) (Entered: 07/01/2024) |
| 07/08/2024 | | COURT NOTICE: Chambers is in receipt of records received on 7/5/2024 for *in camera* review by Magistrate Judge Hummel from defense counsel, Rhiannon Gifford, Esq. (tab) (Entered: 07/08/2024) |
| 09/04/2024 | 79 | NOTICE of Conference: A Status Conference has been set for Friday, 9/13/2024 @ 10:30 AM before Magistrate Judge Christian F. Hummel. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518−217−2288 and use Conference ID 553 353 830 # to connect to the conference call**(tab) (Entered: 09/04/2024) |
| 09/13/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 9/13/2024 by telephone. [10:30am−10:40am] Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for the plaintiff; Rhiannon Ivena Gifford, Esq. for City of Troy Defendants. The Court inquires of Defense counsel about remaining portions of personnel files. After explaining what was meant by "relevant" portions in regard to personnel files, the Court directs that defense provides additional information and the remainder of the files pertaining to the named defendants. Attorney Gifford, will provide additional files to the court for *in camera* review. (tab) (Entered: 09/16/2024) |
| 10/04/2024 | 80 | LETTER BRIEF *re: In Camera Submission* by Troy Police Patrolman Justin Byrnes, Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino, Jeremy Snyder, The City of Troy. (Gifford, Rhiannon) (Entered: 10/04/2024) |
| 10/08/2024 | 81 | COURT NOTICE: The Court received the supplemental records from Defense counsel for Judge Hummel's *in camera* review on 10/7/2024. (tab) (Entered: 10/08/2024) |

| | | |
|---|---|---|
| 11/11/2024 | 82 | *Joint* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Discovery Extension submitted to Judge Christian F. Hummel . (Stecklow, Wylie) (Entered: 11/11/2024) |
| 11/13/2024 | 83 | TEXT ORDER re 80 *in camera* submissions filed by McKenna, Jeremy Snyder, The City of Troy, Joshua M. Comitale, Peter Montanino, Michael Gordon, Thomas J. Feeley, Troy Police Patrolman Philip Milano, Troy Police Patrolman Justin Byrnes : The Court has now conducted an in camera review of the personnel files provided by Defense. There is nothing contained in the personnel files which is the proper subject of discovery pursuant to the Federal Rules of Civil Procedure. (Fed.R.Civ.P.) So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 11/13/2024. (tab) (Entered: 11/13/2024) |
| 11/18/2024 | 84 | TEXT ORDER granting 82 Letter Request by Wylie Stecklow for Jeremy Skeen requesting Discovery Extension: Discovery extended and now due by 3/17/2025. Motions to be filed by 5/16/2025. Deadline for completion of Mandatory Mediation is reset to 3/5/2025. Parties are advised that no further extension requests will be entertained. Authorized by Magistrate Judge Christian F. Hummel on 11/18/2024. (tab) (Entered: 11/18/2024) |
| 12/16/2024 | 85 | Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Clarification on Police Practices Expert Discovery submitted to Judge Christian F. Hummel . (Stecklow, Wylie) (Entered: 12/16/2024) |
| 12/19/2024 | 86 | TEXT ORDER granting 85 Letter Request to clarify deadlines: As set forth in the request, the police practices expert report is due on or before February 23,2025; rebuttal reports are due no later than March 1,2025. Any police practice expert or rebuttal deposition must be taken no later than March 31,2025. Authorzed by Magistrate Judge Christian F. Hummel on 12/19/204. (tab) (Entered: 12/19/2024) |
| 01/18/2025 | 87 | TEXT ORDER REASSIGNING CASE. Case reassigned to U.S. Magistrate Judge Paul J. Evangelista for all further proceedings. Magistrate Judge Christian F. Hummel no longer assigned to case. Authorized by Chief Judge Brenda K. Sannes on 1/18/2025. (tab) (Entered: 01/18/2025) |
| 02/03/2025 | 88 | *JOINT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Pause on Discovery, Court Mediation submitted to Judge Hon. Paul J. Evangelista *submitted on consent of all parties*. (Stecklow, Wylie) (Entered: 02/03/2025) |
| 02/06/2025 | 89 | TEXT ORDER granting 88 Letter Request. The discovery schedule is STAYED as of February 7,2025 with all deadlines held in abeyance pending a mediation. A settlement conference will be scheduled before the undersigned under separate notice and after a mutually agreeable date and time is established. Authorized by U.S. Magistrate Judge Paul J. Evangelista on 2/6/2025. (tab) (Entered: 02/06/2025) |
| 02/20/2025 | 90 | COURT NOTICE of Conference: A Settlement Conference is now set for Friday, 3/21/2025 @ 10:00 AM in Albany before U.S. Magistrate Judge Paul J. Evangelista. Counsel and parties or party representatives with full settlement authority are directed to participate. Plaintiff and Plaintiff's counsel are permitted to appear remotely and will be provided with a TEAMS link by the Court. Defense is to appear in person. Brief settlement statements should be prepared and submitted directly to chambers via email to Tara_Burtt@nynd.uscourts.gov a day or two before the conference. *Settlement statements are not filed on the docket or shared with your adversary.* (tab) (Entered: 02/20/2025) |
| 03/21/2025 | | Text Minute Entry for proceedings held before U.S. Magistrate Judge Paul J. Evangelista: Settlement Conference held on 3/21/2025. [10:00am−11:38am] Appearances by Joseph Bondy, Esq. and Wylie Stecklow, Esq. for plaintiff, with Plaintiff, Mr. Skeen, present (by video); Rhiannon Ineva Gifford, Esq. for Defendants, with Defendant City of Troy Representative present. Negotiations are held but settlement is not reached. Case deadlines will be extended out about 90 days and will be reset in a Text Order to follow. (tab) (Entered: 03/24/2025) |
| 03/24/2025 | 91 | TEXT ORDER resetting case deadlines: Discovery due by 6/17/2025. Motions to be filed by 8/16/2025. As set forth in a previously granted request, the police practices expert report deadlines are extended (if necessary) and is now due on or before 5/23/2025; rebuttal reports are due no later than 6/1/2025. Any police practice expert or rebuttal deposition must be taken no later than 6/30/2025. Authorized by U.S. |

| | | |
|---|---|---|
| | | Magistrate Judge Paul J. Evangelista on 3/24/2025. (tab) (Entered: 03/24/2025) |
| 05/01/2025 | 92 | *Joint* Letter Motion for The City of Troy requesting Order to Unseal Certain Criminal Records submitted to Judge Evangelista . (Attachments: # 1 Supplement, # 2 Proposed Order/Judgment)(Gifford, Rhiannon) (Entered: 05/01/2025) |
| 05/06/2025 | 93 | ORDER granting 92 Joint Letter Request/Motion for The City of Troy requesting Order to Unseal Certain Criminal Records [Order issued]. Signed by Magistrate Judge Paul J. Evangelista on 5/6/2025. (tab) (Entered: 05/06/2025) |
| 05/13/2025 | 94 | *JOINT AND CONSENT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Final Extension of Discovery submitted to Judge Hon. Judge Paul Evangelista . (Stecklow, Wylie) (Entered: 05/13/2025) |
| 05/14/2025 | 95 | TEXT ORDER granting 94 Letter Requesting Final Extension of Discovery Deadlines. No further extension requests will be granted absent extraordinary circumstances. Remaining Discovery Deadlines are set as follows: FRCP 30(b)(6) Notice with Topic by Plaintiff due: 5/23/25. Response to FRCP 30(b)(6) Notice by Defense due: 6/6/2025. FRCP 30(b)(6) Deposition 1 due: 7/9/2025. FRCP 30(b)(6) Deposition 2 due: 7/16/2025. FRCP 30(b)(6) Transcript due: 8/7/2025. Expert Report Due: 9/8/2025. Rebuttal Expert Report Due: 9/15/2025. Police Practice or Rebuttal Deposition: 10/14/2025. Fact Discovery due by: 10/1/2025. Motions to be filed by: 12/1/2025. Authorized by Magistrate Judge Paul J. Evangelista on 5/14/2025. (egr) (Entered: 05/14/2025) |
| 08/29/2025 | 96 | Letter Motion from Defendants for Troy Police Patrolman Justin Byrnes, Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino, Jeremy Snyder, The City of Troy, Troy Police Department requesting modification to scheduling order submitted to Judge Evangelista . (Gifford, Rhiannon) (Entered: 08/29/2025) |
| 09/08/2025 | 97 | TEXT ORDER granting 96 Letter Request to extend deadlines. Rebuttal Expert Disclosure Deadline is extended to 9/29/2025. Discovery to be completed by 10/7/2025. Dispositive Motion deadline remains set at 12/1/2025. Authorized by Magistrate Judge Paul J. Evangelista on 9/8/2025. (tab) (Entered: 09/08/2025) |
| 11/12/2025 | 98 | *CONSENT* Letter Motion from Wylie Stecklow for Jeremy Skeen requesting Briefing Schedule to be so ordered submitted to Judge Paul Evangelista . (Stecklow, Wylie) (Entered: 11/12/2025) |
| 11/25/2025 | 99 | TEXT ORDER. The Court has reviewed the 98 Letter Motion by Plaintiff filed on November 12, 2025 with consent of all parties. The request is GRANTED as to the proposed schedule and page extensions as indicated in the body of the request. City of Troy's Motion is due 12/1/2025; Plaintiff's Opposition and Cross−Motion is due by 12/29/2025; City of Troy's Reply in Support of Motion and Response in Opposition to the Cross−Motion is due 1/19/2026; and Plaintiff's Reply in Support of the Cross−Motion is due 2/5/2026. Page limits are extended as indicated. SO ORDERED by Senior Judge Lawrence E. Kahn on 11/25/2025. (dpk) (Entered: 11/25/2025) |
| 12/01/2025 | 100 | MOTION for Summary Judgment filed by Troy Police Patrolman Justin Byrnes, Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino, Jeremy Snyder, The City of Troy. Motion returnable before Judge Kahn. Response to Motion due by 12/22/2025. Reply to Response to Motion due by 12/29/2025 (Attachments: # 1 Statement of Material Facts, # 2 Memorandum of Law, # 3 Affirmation Gifford, # 4 Exhibit(s) A, # 5 Exhibit(s) B, # 6 Exhibit(s) C, # 7 Exhibit(s) D, # 8 Exhibit(s) E, # 9 Exhibit(s) F, # 10 Exhibit(s) G, # 11 Exhibit(s) H, # 12 Exhibit(s) I, # 13 Exhibit(s) J, # 14 Exhibit(s) K, # 15 Exhibit(s) L, # 16 Exhibit(s) M, # 17 Declaration Feeley, # 18 Declaration Barker, # 19 Exhibit(s) A, # 20 Exhibit(s) B, # 21 Exhibit(s) C, # 22 Exhibit(s) D, # 23 Exhibit(s) E, # 24 Exhibit(s) F, # 25 Exhibit(s) G, # 26 Declaration Byrnes, # 27 Exhibit(s) A, # 28 Declaration Comitale, # 29 Exhibit(s) E, # 30 Exhibit(s) F, # 31 Declaration Gordon, # 32 Exhibit(s) A, # 33 Exhibit(s) B, # 34 Exhibit(s) C, # 35 Declaration McKenna, # 36 Exhibit(s) A, # 37 Exhibit(s) B, # 38 Exhibit(s) C, # 39 Declaration Montanino, # 40 Exhibit(s) A, # 41 Declaration Milano, # 42 Exhibit(s) A, # 43 Exhibit(s) B, # 44 Declaration Snyder, # 45 Exhibit(s) A, # 46 Exhibit(s) B) (Gifford, Rhiannon) (Entered: 12/02/2025) |

| | | |
|---|---|---|
| 12/16/2025 | | The Clerk's Office has received Exhibits N & O (to the Gifford Declaration) and Exhibits A, B, C, D & G (to the Comitale Declaration) related to dkt. no. 100 submitted under seal and not available for public viewing. (dpk) (Entered: 01/14/2026) |
| 12/29/2025 | 101 | MOTION for Partial Summary Judgment filed by Jeremy Skeen. Motion returnable before Judge Kahn Response to Motion due by 1/20/2026. Reply to Response to Motion due by 1/26/2026 (Attachments: # 1 Declaration Declaration of Counsel, # 2 Exhibit(s) Keeler Deposition, # 3 Exhibit(s) del Pozo Exporte Report, # 4 Exhibit(s) NYCLU FOIL TPD Training Material, # 5 Exhibit(s) Zone 5 Training Materials) (Bondy, Joseph) (Entered: 12/29/2025) |
| 12/30/2025 | 102 | Corrected 101 MOTION for Partial Summary Judgment filed by Jeremy Skeen. Motion returnable before Judge Kahn. (Attachments: # 1 Declaration of Joseph A. Bondy, # 2 Exhibit(s) Testimony of John F. Keeler, # 3 Exhibit(s) Police Practices Expert Report of Brandon del Pozo, PhD, # 4 Exhibit(s) NYCLU FOIL Document−−TPD Training Materials, # 5 Exhibit(s) Zone 5 Training Academy, Domestic Violence Training, Basis Course for Police Officers, as of 12/20, # 6 Exhibit(s) Records Pertaining to Andre McClenos's Criminal History and Domestic Violence Incidents, # 7 Exhibit(s) Photographs and E−mail from TPD Field Intelligence Officer McMann, Regarding McClenos' Gang Membership and Tattoos, # 8 Exhibit(s) 2020 Troy Census and Racial Composition of TPD Data, # 9 Exhibit(s) Testimony of Brandon Cipperly, # 10 Exhibit(s) Incident Detail Report, 7:48 p.m., 3/3/20, # 11 11 Exhibit(s) Testimony of Kyle Wheeler, # 12 Statement of Material Facts Plaintiff's Statement of Material Facts, # 13 Statement of Material Facts Plaintiff's Response and Objections to Defendants' Statement of Material Fact, # 14 Memorandum of Law Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgement, and In Support of Plaintiff's Cross−Motion for Partial Summary Judgment). Clerk Notes that these documents were originally filed using the "Corrected Documents" Event in Shell Case 00−dc−55555. (egr) (Entered: 12/30/2025) |
| 01/19/2026 | 103 | MEMORANDUM OF LAW *in Opposition to Plaintiff's Cross−Motion and in Reply to Plaintiff's Opposition* filed by Troy Police Patrolman Justin Byrnes, Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino, Jeremy Snyder, The City of Troy. (Attachments: # 1 Statement of Material Facts Defendants' Response to Plaintiff's, # 2 Declaration John F. Keeler, # 3 Exhibit(s) A−−Training Materials, # 4 Exhibit(s) B−−Sndyer FTO)(Gifford, Rhiannon) (Entered: 01/19/2026) |
| 02/05/2026 | 104 | *Consent* Letter Motion from Wylie Steclow for Jeremy Skeen requesting Additional 5 pages for Reply Brief submitted to Judge Hon. Lawrence Kahn *seeking 5 additional pages for reply briefing*. (Stecklow, Wylie) (Entered: 02/05/2026) |
| 02/05/2026 | 105 | TEXT ORDER. The Court has received Plaintiff's request for an additional five pages on their reply brief. Dkt. No. 104 . As Defendants consent to the request, see id., the motion is hereby GRANTED. SO ORDERED by Senior Judge Lawrence E. Kahn on 2/5/2026. (dpk) (Entered: 02/05/2026) |
| 02/05/2026 | 106 | REPLY to Response to Motion re 101 Motion for Partial Summary Judgment, 102 Motion for Summary Judgment,,,,, 100 Motion for Summary Judgment,,,,, filed by Jeremy Skeen. (Bondy, Joseph) (Entered: 02/05/2026) |
| 02/10/2026 | 107 | STIPULATION re 106 Reply to Response to Motion *identifying Cipperly Depo Exhibit and dismissing specific defendants* by Jeremy Skeen submitted to Judge Hon. Lawrence E. Kahn. (Attachments: # 1 Appendix Stipulation to Dismiss Specific Defendants)(Stecklow, Wylie) (Attachment 1 replaced on 2/11/2026) (dpk, ). (Entered: 02/10/2026) |
| 02/11/2026 | | CLERK'S CORRECTION OF DOCKET ENTRY re 107 Stipulation. Updated the docket entry to include the correct document image for attachment #1. Upon initial filing, the document image contained the incorrect case number; the proper case number is now reflected. (dpk) (Entered: 02/11/2026) |
| 02/11/2026 | 108 | ORDER re 107 Stipulation filed by Jeremy Skeen. Troy Police Patrolman Philip Milano, Jeremy Snyder, Troy Police Patrolman Justin Byrnes and McKenna terminated. Signed by Senior Judge Lawrence E. Kahn on 2/11/2026. (dpk) (Entered: 02/11/2026) |

| | | |
|---|---|---|
| 06/29/2026 | 109 | MEMORANDUM−DECISION AND ORDER. It is hereby ORDERED, that Defendants' Motion for Summary Judgment, Dkt. No. 100 , is GRANTED; and it is further ORDERED that Plaintiff's Cross−Motion for Summary Judgment, Dkt. No. 101 , is DENIED as moot; and it is further ORDERED, that Plaintiff's Cross−Motion for Summary Judgment, Dkt. No. 102 , is DENIED; and it is further ORDERED, that Plaintiff's Amended Complaint, Dkt. No. 57 , is DISMISSED without prejudice; and it is further ORDERED, that the Clerk is respectfully directed to close this action. Signed by Senior Judge Lawrence E. Kahn on 6/29/2026. (dpk) (Entered: 06/29/2026) |
| 06/29/2026 | 110 | JUDGMENT. IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment, Dkt. No. 100 , is GRANTED; and it is further ORDERED that Plaintiff's Cross−Motion for Summary Judgment, Dkt. No. 101 , is DENIED as moot; and it is further ORDERED, that Plaintiff's Cross−Motion for Summary Judgment, Dkt. No. 102 , is DENIED; and it is further ORDERED, that Plaintiffs Amended Complaint, Dkt. No. 57 , is DISMISSED without prejudice. All of the above pursuant to the order of the Honorable Lawrence E. Kahn, dated June 29, 2026. (dpk) (Entered: 06/29/2026) |
| 07/13/2026 | 111 | First MOTION for Reconsideration re 109 Order on Motion for Summary Judgment,,, Order on Motion for Partial Summary Judgment,,,,, filed by Jeremy Skeen. Motion returnable before Judge Lawrence E. Kahn Response to Motion due by 8/3/2026 (Attachments: # 1 Declaration Declaration of Joseph A. Bondy, Esq., # 2 Memorandum of Law Memorandum of Law in Support of Plaintiff Jeremy Skeen's Motion for Reconsideration and to Alter or Amend the Judgment) (Bondy, Joseph) (Entered: 07/13/2026) |
| 07/23/2026 | 112 | Letter Motion from Defendants for Troy Police Patrolman Justin Byrnes, Joshua M. Comitale, Thomas J. Feeley, Michael Gordon, McKenna, Troy Police Patrolman Philip Milano, Peter Montanino, The City of Troy requesting Extension of time to respond to motion for reconsideration . (Gifford, Rhiannon) (Entered: 07/23/2026) |
| 07/24/2026 | 113 | TEXT ORDER. The Court has received Defendants' request for an extension. Dkt. No. 112 (Extension Request). The request is GRANTED. Defendants shall have until August 10, 2026, to file an opposition to Plaintiff's motion for reconsideration. See Dkt. No. 111 (Motion for Reconsideration). SO ORDERED by Senior Judge Lawrence E. Kahn on 7/24/2026. (dpk) (Entered: 07/24/2026) |
| 07/27/2026 | 114 | NOTICE OF APPEAL as to 110 Judgment and 109 Order filed by Jeremy Skeen via MFT on 7/27/2026. Filing fee $ 605, receipt number 284ICCV8. (Attachments: # 1 Second Circuit Form)(tll) (Entered: 07/28/2026) |
| 07/28/2026 | 115 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 114 Notice of Appeal. (tll) (Entered: 07/28/2026) |